No. 87–1670. DURJAK v. ILLINOIS. Appeal from App. Ct. Ill., 1st Dist., dismissed for want of jurisdiction. Treating the papers

whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.